# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL NO. 5:08-CV-135-DCK

| | | |
|---|---|---|
| WEBPRO INTERNATIONAL, INC., a North Carolina Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| CRESTMARK BANK, a Michigan Chartered Bank, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there is a motion ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **Tuesday, August 4, 2009**, prepared to discuss the status of this case and to argue the pending motion to dismiss. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS SO ORDERED**.

Signed: July 15, 2009

David C. Keesler
United States Magistrate Judge