# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL NO. 5:08-CV-135-DCK

| | |
|---|---|
| WEBPRO INTERNATIONAL, INC., ) <br> a North Carolina Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CRESTMARK BANK, ) <br> a Michigan Chartered Bank, ) <br> ) <br> Defendant. ) <br> _____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). The parties have advised that they have now settled this case.

**IT IS, THEREFORE, ORDERED** that the Motions Hearing scheduled for **Tuesday, August 4, 2009**, is cancelled; the parties shall file their voluntary dismissal within thirty days of the date of this Order.

**IT IS SO ORDERED**.

Signed: August 3, 2009

David C. Keesler
United States Magistrate Judge